PROB 49
(6/98)

# UNITED STATES DISTRICT COURT
## District of Puerto Rico

## Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and to the proposed extension of my term of supervision:

SIX MONTH EXTENSION AND DRUG TESTING CONDITION MODIFICATION

**I agree to have my term of supervised release extended six months, so that I may participate in the random drug testing program not to exceed 104 samples per year, and/or participate substance abuse treatment as approved by the U.S. Probation Officer.**

SEARCH AND SEIZURE CONDITION

**"The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition."**

Witness: _____    _____
         U.S. Probation Officer         Probationer or Supervised Releasee

                         9-29-05
                         _____
                         Date